C. Anderson Parker, Federal Bar No. 567726
andy@psd.law
  *Pro hac vice*
Miguel Andrés Sánchez-Ross, Federal Bar No. 743446
andres@psd.law
  *Pro hac vice*
**PARKER SANCHEZ & DONNELLY PLLC**
700 Louisiana St., Suite 4520
Houston, TX 77002
(713) 659-7200 (Telephone)
(713) 659-7203 (Facsimile)

John F. Kurtz, Jr., ISB No. 2396
jfk@kurtzlawllc.com
**KURTZ LAW PLLC**
910 W Main Street, Ste 364
Boise, ID 83702
(208) 287-8167 (Telephone)
(208) 287-8130 (Facsimile)

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| PayServices Bank, an Idaho corporation<br><br>      Plaintiff,<br><br>v.<br><br>The Democratic Republic of the Congo; Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo; Julie Mbuyi Shiku; Doudou Roussel Fwamba Likunde; Anthony Nkinzo Kamole; Andre Wameso Nkualoloki; Célestin Mukeba Muntuabu; Norbert Eholo Eoni; Jean Pierre Dikoma Kitengie; Aphy Badaga Mubagwa; Sandra Tshibonge Mbiye; and Jean-Luc Mugogwa Katshelewa<br><br>      Defendants. | Civil Action No. 1:26-cv-00009-REP<br><br>**CORPORATE DISCOSURE STATEMENT** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P.7.1., which state:

> A nongovernmental corporate party to an action or proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

      PayServices Bank, an Idaho Corporation
      (name of party)

who is (check one)   ☒ PLAINTIFF   ☐ DEFENDANT

1. **Is party a publicly held corporation or other publicly held entity?**

   (check one)   ☒ YES   ☐ NO

2. **Does party have any parent corporation ?**

   (check one)   ☐ YES   ☒ NO

   If YES, identify all parent corporations, including grandparent and great-grandparent corporation:

3. **Is 10% or more of the stock of party owned by a publicly held corporation or other party publicly held entity?**

   (check one)   ☐ YES   ☒ NO

   If YES, identify all such owners:

[SIGNATURES ON FOLLOWING PAGE]

CORPORATE DISCLOSURE STATEMENT – 2

DATED: January 19, 2026             Respectfully submitted,

                                                  C. Anderson Parker, Fed. Bar No. 567726
andy@psd.law
*Pro hac vice*
Miguel Andrés Sánchez-Ross, Fed. Bar No. 743446
andres@psd.law
*Pro hac vice*
**PARKER SANCHEZ & DONNELLY PLLC**
700 Louisiana St., Suite 4520
Houston, TX 77002
(713) 659-7200 (Telephone)
(713) 659-7203 (Facsimile)
*Pro hac vice pending*

John F. Kurtz, Jr., ISB No. 2396
jfk@kurtzlawllc.com
**KURTZ LAW PLLC**
910 W Main Street, Ste 364
Boise, ID 83702
(208) 287-8167 (Telephone)
(208) 287-8130 (Facsimile)