**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

| | |
|---|---|
| PayServices Bank, an Idaho corporation | Civil Action No. 1-26-cv-00009-REP |
| Plaintiff, | |
| v. | PLAINTIFF'S MOTION FOR ORDER DIRECTING CLERK TO EFFECT SERVICE OF PROCESS ABROAD BY REGISTERED MAIL (DHL) |
| The Democratic Republic of the Congo; Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo; Julie Mbuyi Shiku; Doudou Roussel Fwamba Likunde; Anthony Nkinzo Kamole; Andre Wameso Nkualoloki; Célestin Mukeba Muntuabu; Norbert Eholo Eoni; Jean Pierre Dikoma Kitengie; Aphy Badaga Mubagwa; Sandra Tshibonge Mbiye; and Jean-Luc Mugogwa Katshelewa | |
| Defendants. | |

TO THE HONORABLE COURT:

COMES NOW Plaintiff, PayServices Bank, and moves this Court for an Order directing the Clerk of the Court to effect service of process upon the Defendants located in the Democratic Republic of the Congo ("DRC") via registered mail (specifically DHL Courier), return receipt requested.

## I. INTRODUCTION AND SUMMARY OF SERVICE CATEGORIES

To comply with the Foreign Sovereign Immunities Act ("FSIA") and the Federal Rules of Civil Procedure ("Rule 4"), Plaintiff requests that the Clerk address and dispatch service packages according to the specific status of each Defendant. The Defendants fall into three distinct legal categories:

1. The Foreign State: The Democratic Republic of the Congo (served under 28 U.S.C. § 1608(a)(3)).

2. The Political Subdivision/Agency: The Ministry of Portfolio (served under 28 U.S.C. § 1608(a)(1) via Special Arrangement).

3. The Individual Defendants: Government officials sued in their individual capacities (served under Fed. R. Civ. P. 4(f)(2)(C)(ii)).

## II. AUTHORITY FOR SERVICE

*A. Service on the Foreign State (The DRC) Authority: 28 U.S.C. § 1608(a)(3)*

Because the DRC is a foreign state and is not a party to the Hague Service Convention, and because no "special arrangement" exists between the Plaintiff and the State itself, service must be made under the third tier of the FSIA hierarchy: 28 U.S.C. § 1608(a)(3).

(a) Service in the courts of the United States and of the States shall be made upon a foreign state or political subdivision of a foreign state:

…

> *(3) if service cannot be made under paragraphs (1) or (2), by sending a copy of the summons and complaint and a notice of suit, together with a translation of each into the official language of the foreign state, by any form of mail requiring a signed receipt, to be addressed and dispatched by the clerk of the court to the head of the ministry of foreign affairs of the foreign state concerned*, or

2

This section requires the Clerk of the Court to dispatch one copy of the Summons, Complaint, and a Notice of Suit (along with translations) via "any form of mail requiring a signed receipt" to the Head of the Ministry of Foreign Affairs. Plaintiff has prepared the necessary "Notice of Suit" form and translations and requests the Clerk dispatch these via DHL to ensure a signed receipt is obtained. Plaintiff can deliver to the Clerk pre-paid DHL forms to mail the package.

*B. Service on the Agency (The Ministry of Portfolio) Authority: 28 U.S.C. § 1608(a)(1) (Special Arrangement)*

The Ministry of Portfolio is an agency or political subdivision of the DRC. Unlike the State, the Ministry entered into a binding contract with Plaintiff (the "Subscription Agreement") which contains a specific "Notices" provision (Section 17).

Under 28 U.S.C. § 1608(a)(1), service on an agency shall be made "in accordance with any special arrangement for service between the plaintiff and the agency." The Subscription Agreement designates the Ministry's address in Kinshasa for all notices. Therefore, Plaintiff requests the Clerk mail the service package directly to the Ministry at the contractually agreed-upon address. And again, the Plaintiff can deliver to the Clerk pre-paid DHL forms to mail the package.

*C. Service on Individual Defendants Authority: Fed. R. Civ. P. 4(f)(2)(C)(ii)*

The remaining Defendants (Shiku, Fwamba, Nkinzo, et al.) are sued in their *individual* capacities. Service on individuals in a foreign country that is not a party to the Hague Convention (like the DRC) is governed by Rule 4(f)(2)(C)(ii).

This rule permits service by "using any form of mail that the clerk addresses and sends to the individual and that requires a signed receipt," provided such service is not prohibited by the

foreign country's laws. There is no prohibition in DRC law against service by mail. Accordingly, Plaintiff provides the business addresses for these individuals and requests the Clerk dispatch the summonses via DHL.

## III. INSTRUCTIONS TO THE CLERK

Plaintiff can provide the Clerk with pre-addressed DHL envelopes and the requisite copies of the Summons, Complaint, and (where applicable) the Notice of Suit and French translations. Plaintiff requests the Clerk sign and seal the Summonses and dispatch the materials as follows:

GROUP 1: THE FOREIGN STATE (FSIA § 1608(a)(3)) *Packet Content: Summons, Complaint, Notice of Suit, Translations:*

- Addressee: Head of the Ministry of Foreign Affairs
- Address: Ministère des Affaires Étrangères, 01, Avenue des Héros, Place de l'indépendance, Kinshasa Gombe, Democratic Republic of the Congo.

GROUP 2: THE AGENCY (FSIA § 1608(a)(1)) *Packet Content: Summons, Complaint, Translations:*

- Addressee: Ministry of State in Charge of the Portfolio
- Address: 707, Av. Wagenia, Kinshasa/Gombe, Democratic Republic of the Congo.

GROUP 3: INDIVIDUAL DEFENDANTS (Rule 4(f)(2)(C)(ii)) *Packet Content: Summons, Complaint, Translations:*

- Defendant: Julie Mbuyi Shiku
- Address: 707, Av. Wagenia, Kinshasa/Gombe, Democratic Republic of the Congo.

4

- Defendant: Doudou Roussel Fwamba Likunde

- Address: Centre Financier de Kinshasa, 1 Zongotolo, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Anthony Nkinzo Kamole

- Address: Palais de la Nation, Cabinet du Président, Avenue Roi Baudoin, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Célestin Mukeba Muntuabu

- Address: 38, Av. CADECO, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Norbert Eholo Eoni

- Address: 38, Av. CADECO, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Jean-Pierre Dikoma Kitengie

- Address: 38, Av. CADECO, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Aphy Badaga Mubagwa

- Address: Palais de la Nation, Collège Économie et Finances, Avenue Roi Baudoin, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Sandra Tshibonge Mbiye

- Address: 1009, Boulevard du 30 Juin, Hôtel des Postes, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Jean-Luc Mugogwa Katshelewa

- Address: Immeuble Paradiso, Boulevard du 30 Juin, numéro 90A et 90B, Kinshasa/Gombe, Democratic Republic of the Congo.

- Defendant: Andre Wameso Nkualoloki

- Address: 563 Boulevard Colonel Tshatshi, Gombe, Kinshasa, BP 2697 Kinshasa , Democratic Republic of the Congo.

## IV. CONCLUSION

For the foregoing reasons, Plaintiff respectfully requests that the Court grant this Motion and order the Clerk to effect service via DHL courier to the addresses listed above.

Respectfully submitted,

C. Anderson Parker, Federal Bar No. 567726
andy@psd.law

Miguel Andrés Sánchez-Ross, Federal Bar No. 743446
andres@psd.law

**PARKER SANCHEZ & DONNELLY PLLC**
700 Louisiana St., Suite 4520
Houston, TX 77002
(713) 659-7200 (Telephone)
(713) 659-7203 (Facsimile)

John F. Kurtz, Jr., ISB No. 2396
jfk@kurtzlawllc.com
**KURTZ LAW PLLC**
910 W Main Street, Ste 364
Boise, ID 83702
(208) 287-8167 (Telephone)
(208) 287-8130 (Facsimile)