Tyler J. Anderson, ISB No. 6632
Kenneth C. Shumard, ISB No. 9931
**HAWLEY TROXELL ENNIS & HAWLEY LLP**
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
Facsimile:  208.954.5275
Email: tanderson@hawleytroxell.com
        kshumard@hawleytroxell.com

Brian P. Maloney\*
Malavika A. Rao\*
**SEWARD & KISSEL LLP**
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
Facsimile: (212) 480-8421
Email: maloney@sewkis.com
        rao@sewkis.com
*\*pro hac vice* applications forthcoming

*Attorneys for Defendant Andre Wameso*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PayServices Bank, an Idaho corporation, | Case No. 1:26-cv-00009-REP |
| *Plaintiff,* | |
| vs. | |
| The Democratic Republic of the Congo; Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo; Julie Mbuyi Shiku; Doudou Roussel Fwamba Likunde; Anthony Nkinzo Kamole; Andre Wameso Nkualoloki; Célestin Mukeba Muntuabu; Norbert Eholo Eoni; Jean Pierre Dikoma Kitengie; Aphy Badaga Mubagwa; Sandra Tshibonge Mbiye; and Jean-Luc Mugogwa Katshelewa, | **MOTION AND MEMORANDUM OF LAW OF DEFENDANTS ANDRE WAMESO NKUALOLOKI AND JULIE MBUYI SHIKU FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| *Defendants.* | |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Idaho Local Civil Rule 6.1, Defendants Andre Wameso Nkualoloki ("Mr. Wameso") and Julie Mbuyi Shiku ("Ms. Shiku") (collectively, "Defendants") make a special and limited appearance, without prejudice to Defendants' rights to assert all available defenses to the Complaint, including, without limitation, insufficient process and service of process, lack of personal jurisdiction, improper venue, and foreign official immunity, and respectfully make this motion for an extension of time from April 15, 2026 through and including May 26, 2026 in which to answer, move, or otherwise respond to the Complaint (ECF No. 1) filed by Plaintiff PayServices Bank.  This is Defendants' first request for an extension.  Despite diligent efforts among the parties' counsel, including numerous teleconferences, Plaintiff declined to consent to the requested extension and agreed only to a one-week extension which, as explained below, would result in staggered responsive pleading deadlines for the various defendants.

## BACKGROUND

Mr. Wameso is former Deputy Chief of Staff to the President of the Democratic Republic of the Congo ("DRC") and the current Governor of the DRC Central Bank.  Plaintiff attempted to effect service upon Mr. Wameso in the DRC on March 25, 2026.

Since August 2025, Ms. Shiku has been the Minister of Portfolio of the DRC. Plaintiff attempted to effect service upon Ms. Shiku in the DRC on March 25, 2026.

It appears that Plaintiff broadly attempts to allege that the Defendant DRC and one of its agencies, the Ministry of State in Charge of the Portfolio of the DRC (the "Ministry of Portfolio"), entered into a purported contract with Plaintiff in March 2024, and that individual DRC officials supposedly conspired to cause the DRC and the Ministry of Portfolio to breach that contract,

2

resulting in alleged damages.  Defendants are citizens and residents of the DRC, and while the Complaint purports to sue them in their personal capacities, it appears only to reference actions taken in their official capacities.

**ARGUMENT**

Good cause exists to grant the requested extension for multiple reasons, including that such an extension would promote judicial economy and efficiency.

*First*, there is good cause for an extension because this action – which names 12 Defendants in total including the DRC (a foreign sovereign state), its Ministry of Portfolio, and numerous foreign government officials – implicates issues of foreign law which may require the moving Defendants to coordinate with the DRC, the Ministry of Portfolio, or other parties.  The requested extension would allow moving Defendants' counsel sufficient time to evaluate those matters, undertake any necessary coordination, and prepare an appropriate response.  Among other things, it appears that not all Defendants have yet been properly served, let alone retained counsel.  *See* ECF No. 11 filed April 7, 2026 (seeking to authorize alternative service via "WhatsApp" as to Defendant Jean-Luc Mugogwa Katshelewa under Fed. R. Civ. P. 4(f)(3)).

*Second*, and relatedly, foreign states like the DRC, and foreign state agencies or instrumentalities like the Ministry of Portfolio, are afforded sixty days after service has been made in order to file an answer or other responsive pleading in federal court.  28 U.S.C. § 1608(d); *see also* ECF No. 10 (alleging the DRC and Ministry of Portfolio's responsive pleading deadline is May 26, 2026, based on the sixty-day response period following effective service).  Here, while the action names both the DRC and Ministry of Portfolio, it also challenges the purported actions

3

of DRC officials, and the requested extension is therefore consistent with the response period typically afforded to a foreign state.

*Third, g*ranting the extension would help to avoid piecemeal litigation by allowing for coordinated briefing among the parties, further serving the interests of judicial economy.  In similar circumstances, courts have granted comparable requests for extensions of time.  *See, e.g.*, *Lewis v. Mutond et al.,* Order Granting Motion for Extension of Time to Answer for All Defendants, No. 16-cv-1547 (D.D.C. Dec. 29, 2016) (ECF No. 12) (granting a sixty-day extension from the date of effective service to respond to a complaint brought against two DRC officials).

*Fourth*, despite Defendants' diligence, undersigned Defendants' counsel (as well as counsel who will be seeking admission *pro hac vice*) have only recently been retained and have not had adequate time or opportunity to fully develop the facts or evaluate the law with respect to the allegations contained in the Complaint.  The fact that all of the Defendants are domiciled in the DRC, where English is not widely spoken (the official state language is French), and where communications among counsel and their clients are hampered by a seven hour difference in time zones between Idaho and Kinshasa, DRC, underscores the difficulty in Defendants coordinating with their counsel to prepare an appropriate response to the Complaint.  These factors further support that good cause exists to extend the moving Defendants' deadline to respond to the Complaint so that it matches the deadline applicable to the DRC and the Ministry of Portfolio, according to Plaintiff's Notice of Filing Proof of Service.  *See* ECF No. 10 at 2.

For these reasons, the undersigned Defendants respectfully submit that good cause exists to extend their deadline to respond to the Complaint until May 26, 2026, and respectfully request the Court GRANT their motion and order such an extension.

4

DATED THIS 13th day of April, 2026

**HAWLEY TROXELL ENNIS & HAWLEY LLP**

By _/s/Kenneth C. Shumard_

Tyler J. Anderson, ISB No. 6632
Kenneth C. Shumard, ISB No. 9931
877 W. Main Street, Suite 200
P.O. Box 1617
Boise, ID 83701-1617
Telephone:  208.344.6000
tanderson@hawleytroxell.com
kshumard@hawleytroxell.com

Brian P. Maloney*
Malavika A. Rao*
SEWARD & KISSEL LLP
One Battery Park Plaza
New York, NY 10004
Telephone: (212) 574-1200
maloney@sewkis.com
rao@sewkis.com
   **pro hac vice* applications forthcoming

*Attorneys for Defendant Andre Wameso*

**HOLLAND & HART LLP**

By _/s/Jennifer Aiko_

Jennifer Aiko, ISB No. 9275
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702
Telephone: 208.342.5000
jmaiko@hollandhart.com

Peter Fox*
Matthew Brown*
SCOOLIDGE PETERS RUSSOTTI & FOX LLP
2 Park Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 729-7708
pfox@sprfllp.com
mbrown@sprfllp.com
   **pro hac vice* applications forthcoming

*Attorneys for Defendant Julie Shiku*

5

MOTION TO EXTEND DEADLINE TO RESPOND TO COMPLAINT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of April, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

John F. Kurtz
KURTZ LAW PLLC
jfk@kurtzlawllc.com


Andy Parker
Parker Sanchez & Donnelly PLLC
andy@parkersanchez.com

Miguel Andres Sanchez-Ross
Parker Sanchez & Donnelly, PLLC
andres@parkersanchez.com


 */s/Kenneth C. Shumard*
Kenneth C. Shumard

6

55555.0540.SHARED.4901-1366-6977.1