**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

PayServices Bank )
) Case No. 1:26–cv–00009–REP
                    Plaintiff, )
)
)
)
vs. ) **NOTICE OF ASSIGNMENT TO A**
) **UNITED STATES MAGISTRATE**
) **JUDGE AND DECLINATION OF**
) **CONSENT FORM**
)
The Democratic Republic of the Congo )
)
                    Defendant )
)

_____

In accordance with District of Idaho General Order No. 457, you are notified that the above–entitled action has been assigned to a United States Magistrate Judge to conduct all proceedings in this case, including trial and entry of final judgment. You have the right to have a United States District Judge hear your case. Exercise of jurisdiction by a United States Magistrate Judge is permitted only if all parties consent to Magistrate Judge jurisdiction. Consenting to Magistrate Judge jurisdiction means that you waive the right to have a United States District Judge hear your case, and that a United States Magistrate Judge will take the place of a United States District Judge in all respects. No United States District Judge will supervise or review the work of the Magistrate Judge.

Consent to a Magistrate Judge is voluntary. You will be deemed to have knowingly and voluntarily consented to proceed before the assigned Magistrate Judge **UNLESS** you email a declination of consent form to the Clerk of Court, a copy of which is part of this notice. No Judge will be informed of a party's response to this notification, and all declination of consent forms will be kept under seal. All parties are requested to return the form within 30 days of date this notice was filed if they wish to decline consent to Magistrate Judge jurisdiction. Thus, the declination of consent form is due on or before 5/18/2026. Any party declining to proceed before a United States Magistrate Judge must sign the declination of consent form and return it to the Clerk of Court by e–mailing the same in .pdf format to the following address: consents@id.uscourts.gov. If you are a pro se litigant, you must mail this form to the following address: U.S. District Court, 550 W. Fort St. Room 400, Boise, ID 83724.

If no party timely emails a declination of consent form to the Clerk of Court, the case will remain with the assigned United States Magistrate Judge. The parties should be aware that if any party emails a declination of consent form to the Clerk of Court, the case may be reassigned to a United States District Judge visiting from another District.

An appeal from a judgment entered by a United States Magistrate Judge will be directly to the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any other judgment of this District Court. 28 U.S.C. § 636(c); Fed.R.Civ.P. 73.

**DECLINATION OF CONSENT TO THE EXERCISE OF JURISDICTION BY A UNITED**
**STATES MAGISTRATE JUDGE**

**Declination:** In accordance with provisions of 28 U.S.C. § 636(c), Fed. R. Civ. P. 73, and District of Idaho General Order No. 457, the undersigned party to this case declines consent to have a United States Magistrate Judge conduct all proceedings in this case.

Party Represented                    Signature                                        Date

_____        _____        _____

**THE CONSENT PROCESS: WHAT IS IT?**

In accordance with 28 U.S.C. § 636(c), FRCP 73, and Local Rule 73.1, a Magistrate Judge is available to preside over all aspects of this case, including the jurisdictional authority to:

- − Schedule, hear, and decide all dispositive and non−dispositive matters;
- − Schedule, hear, and decide all interlocutory matters;
- − Conduct jury or non−jury trials;
- − Enter final orders and judgment; and
- − Decide all post−trial motions.

Appeals from any final order or judgment entered by a Magistrate Judge are directly to the United States Court of Appeals for the Ninth Circuit. See 28 U.S.C. § 636(c)(3); Fed. R. Civ. P. 73(c). However, a Magistrate Judge's exercise of this jurisdiction is permitted only if all parties voluntarily consent.

**How Does It Benefit Me?**

Speedy trial rights in felony criminal cases require the District Judges in the District to give priority to trying those cases, sometimes requiring that civil trial dates be moved. Magistrate Judges do not preside over felony criminal trials. As a result, a Magistrate Judge's trial docket is generally less crowded than those of the District Judges.

Magistrate Judges usually are able to provide earlier and firmer dates for both hearings and trials than might otherwise be possible by a District Judge. Because this District is very busy and the criminal docket is growing rapidly, consenting to proceed before a Magistrate Judge often means your civil case will be resolved more quickly than if before a District Judge.

Additionally, even if parties do not consent, the District Judge to whom the matter is reassigned may nonetheless refer all preâˆ'trial proceedings to a Magistrate Judge pursuant to 28 U.S.C. § 636(b), FRCP 73, and Local Rule 72.1. For any dispositive matters referred in this way, the Magistrate Judge will enter a Report and Recommendation for the District Judge's consideration. At that point, the review process by a District Judge generally takes 60 days. Thus, by consenting to Magistrate Judge jurisdiction at the outset, the parties also can avoid the delays and expense of this review process, while still preserving their appeal rights.

**How Do I Consent?**

After the case is filed, the Clerk of the Court will send the appropriate notice and declination of consent form as provided by the General Order. When your case is initially assigned to a Magistrate Judge, you are deemed to have consented to the jurisdiction of a Magistrate Judge if you do nothing within 30 days of receipt of this Notice. The declination of consent form affords each party an initial opportunity to decline consent to having a Magistrate Judge assume complete jurisdiction over the case, including trial and entry of judgment. Each party should make a decision whether to consent to or decline Magistrate Judge jurisdiction as soon as possible.

You may, without adverse substantive consequences, decline your consent, which would preclude Magistrate Judge jurisdiction. If any party declines consent, the identity of the parties consenting and/or declining consent will not be communicated to any Judge.

---

1. This insert is for information purposes only and is not intended to supersede the applicable rules, including General Order No. 457, addressing the consent process.