Alyson A. Foster, ISB No. 9719
alyson@dempseyfoster.com
Daphne Huang, ISB No. 8370
daphne@dempseyfoster.com
**DEMPSEY FOSTER PLLC**
714 West State Street
Boise, ID 83702
Tel: (208) 401-9533
Fax: (855) 840-1879

*Attorneys for Defendant Sandra Tshibonge Mbiye*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PayServices Bank, an Idaho corporation,<br><br>    Plaintiff,<br><br>v.<br><br>The Democratic Republic of the Congo; Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo; Julie Mbuyi Shiku; Doudou Roussel Fwamba Likunde; Anthony Nkinzo Kamole; Andre Wameso Nkualoloki; Célestin Mukeba Muntuabu; Norbert Eholo Eoni; Jean Pierre Dikoma Kitengie; Aphy Badaga Mubagwa; Sandra Tshibonge Mbiye; and Jean-Luc Mugogwa Katshelewa,<br><br>    Defendants. | Case No. 1:26-cv-00009-REP<br><br>**DEFENDANT SANDRA TSHIBONGE MBIYE'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Idaho Local Civil Rule 6.1, Defendant Sandra Tshibonge Mbiye ("**Ms. Tshibonge**"), through her undersigned counsel's special and limited appearance, and without prejudice to Ms. Tshibonge's rights to assert all available defenses to the Complaint, respectfully makes this motion for an extension of time from April 15, 2026 to and including May 26, 2026 in which to answer, move, or otherwise respond to

DEFENDANT SANDRA TSHIBONGE MBIYE'S MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT – 1

the Complaint (Dkt. 1) filed by Plaintiff PayServices Bank. This is Ms. Tshibonge's first request for an extension.

In support of this Motion, Ms. Tshibonge submits a Memorandum in Support which is incorporated into this Motion as if fully set forth herein.

DATED: April 22, 2026                    DEMPSEY FOSTER PLLC

                                         /s/ Alyson A. Foster
                                         Alyson A. Foster

                                         *Counsel for Defendant Sandra Tshibonge Mbiye*