Jennifer Reinhardt-Tessmer (ISB 7432)
Jacob N. Matt (ISB 12482)
**KIRTON MCCONKIE**
1100 W. Idaho St., Ste. 930
Boise, ID 83702
Telephone: (208) 370-3325
Facsimile: (208) 370-3324
jtessmer@kmclaw.com
jmatt@kmclaw.com

Philip M. Musolino – *Pro Hac Vice Pending*
**MUSOLINO & DESSEL, PLLC**
1615 L Street, NW, Ste. 440
Washington, DC 20036
Telephone: (202) 466-3883
pmusolino@musolinodessel.com

*Attorneys for The Democratic Republic of the Congo and
Ministry of State in Charge of the Portfolio of the
Democratic Republic of the Congo*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAYSERVICES BANK, an Idaho corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE DEMOCRATIC REPUBLIC OF THE CONGO; MINISTRY OF STATE IN CHARGE OF THE PORTFOLIO OF THE DEMOCRATIC REPUBLIC OF THE CONGO; JULIE MBUYI SHIKU; DOUDOU ROUSSEL FWAMBA LIKUNDE; ANTHONY NKINZO KAMOLE; ANDRE WAMESO NKUALOLOKI; CÈLESTIN MUKEBA MUNTUABU; NORBERT EHOLO EONI; JEAN PIERRE DIKOMA KITENGIE; APHY BADAGA MUBAGWA; SANDRA TSHIBONGE MBIYE; and JEAN-LUC MUGOGWA KATSHELEWA,<br><br>    Defendants. | Case No. 1:26-cv-00009-REP<br><br>**NOTICE OF APPEARANCE** |

NOTICE OF APPEARANCE – 1

NOTICE IS HEREBY GIVEN that Jennifer Reinhardt-Tessmer and Jacob Matt of the firm Kirton McConkie, and Philip Musolino, pro hac vice pending, of the firm Musolino and Dessel, PLLC, hereby appear as counsel of record on behalf of Defendants, the Democratic Republic of the Congo and Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo.

DATED this 19th day of May, 2026.

**KIRTON MCCONKIE**

*/s/ Jennifer Reinhardt-Tessmer*
Jennifer Reinhardt-Tessmer

Philip M. Musolino
**MUSOLINO & DESSEL, PLLC**
1615 L Street, NW, Ste. 440
Washington, DC 20036
Telephone: (202) 466-3883
pmusolino@musolinodessel.com
*Pro Hac Vice Pending*

*Attorneys for The Democratic Republic of the Congo and Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo*

NOTICE OF APPEARANCE – 2

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 19th day of May, 2026, I electronically filed the foregoing document through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **C. Anderson Parker**
  andy@psd.law
- **Miguel Andrès Sànches-Ross**
  andres@psd.law
- **John F. Kurtz, Jr.**
  jfk@kurtzlawllc.com

and all counsel of record via CM/ECF Notice.

<em>/s/ Jennifer Reinhardt-Tessmer</em><br>Jennifer Reinhardt-Tessmer

NOTICE OF APPEARANCE – 3