IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PayServices Bank, an Idaho corporation,<br><br>    Plaintiff,<br><br>            vs.<br><br>The Democratic Republic of the Congo; Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo; Julie Mbuyi Shiku; Doudou Roussel Fwamba Likunde; Anthony Nkinzo Kamole; Andre Wameso Nkualoloki; Célestin Mukeba Muntuabu; Norbert Eholo Eoni; Jean Pierre Dikoma Kitengie; Aphy Badaga Mubagwa; Sandra Tshibonge Mbiye; and Jean-Luc Mugogwa Katshelewa,<br><br>    Defendants. | Case No. 1:26-cv-00009-REP<br><br>APPLICATION OF BRIAN P. MALONEY FOR ADMISSION *PRO HAC VICE*<br><br>Fee:  $250.00 |

Pursuant to Local Rule 83.4(e) of the United States District Court of Idaho, Brian P. Maloney, hereby applies for admission *pro hac vice* to make a limited appearance in this case on behalf of Andre Wameso, preserving all defenses.

The Applicant hereby attests as follows:

1. Applicant resides in Glen Rock, New Jersey, and practices at the following address and phone number:

> Seward & Kissel LLP
> One Battery Park Plaza, 21st Floor
> New York, New York 10004
> Tel: (212) 574-1448

2. Applicant has been admitted to practice before the following courts on the following dates:

| Court | Date |
|---|---|
| New York | January 25, 2006 |

1

| Court | Date |
|---|---|
| U.S.D.C., Southern District of New York | March 6, 2007 |
| U.S.D.C., Eastern District of New York | March 27, 2007 |
| U.S.C.A., First Circuit | October 5, 2020 |
| U.S.C.A., Second Circuit | December 20, 2019 |
| U.S.C.A., Fifth Circuit | July 12, 2016 |
| U.S.C.A., Ninth Circuit | December 23, 2016 |
| U.S.C.A., Eleventh Circuit | January 9, 2017 |
| U.S. Supreme Court | May 13, 2019 |

3.      Applicant is in good standing and eligible to practice in said courts.

4.      Applicant is not currently suspended or disbarred in any other courts.

5.      Kenneth C. Shumard, a member in good standing of the bar of this court, of the firm of Hawley Troxell Ennis & Hawley LLP, practices at the following office address and phone number:

> 877 W. Main Street, Suite 200
> P.O. Box 1617
> Boise, ID 83701-1617
> Tel: (208) 344-6000

and is hereby designated as co-counsel with authority to act as attorney of record for all purposes. Said designee hereby consents to this designation by signing this application.

Dated: May   20,  2026

_/s/ Brian P. Maloney_____

Applicant

Signed under penalty of perjury.

Designee

2



## Appellate Division of the Supreme Court
## of the State of New York
## Third Judicial Department

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Brian Paul Maloney

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 25, 2006,** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on May 20, 2026.

Clerk of the Court

CertID-00291321



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney*
*Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D. Mayberger
Clerk of the Court

Revised January 2022