Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone:  208.342.5000
JMAiko@hollandhart.com

Peter Fox *(Pro Hac Vice Pending)*
Matthew Brown *(Pro Hac Vice Pending)*
Scoolidge Peters Russotti & Fox LLP
2 Park Avenue, 20th Floor
New York, NY 10016
Telephone:  212-729-7708
PFox@sprfllp.com
MBrown@sprfllp.com

Attorneys for Defendant Julie Mbuyi Shiku

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF IDAHO

| | | |
|---|---|---|
| PAYSERVICES BANK, an Idaho corporation, | ) ) ) | Case No. 1-26-cv-00009-REP |
| Plaintiff. | ) ) ) | **DECLARATION OF JENNIFER M. AIKO IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S MOTION TO DISMISS** |
| vs. | ) ) ) | |
| THE DEMOCRATIC REPUBLIC OF THE CONGO; MINISTRY OF STATE IN CHARGE OF THE PORTFOLIO OF THE DEMOCRATIC REPUBLIC OF THE CONGO; JULIE MBUYI SHIKU; DOUDOU ROUSSEL FWAMBA LIKUNDE; ANTHONY NKINZO KAMOLE; ANDRE WAMESO NKUALOLOKI; CÉLESTIN MUKEBA MUNTUABU; NORBERT EHOLO EONI; JEAN PIERRE DIKOMA KITENGIE; APHY BADAGA MUBAGWA; SANDRA TSHIBONGE MBIYE; AND JEAN-LUC MUGOGWA KATSHELEWA , | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

DECLARATION OF JENNIFER M. AIKO IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S MOTION TO DISMISS - 1

I, Jennifer M. Aiko, hereby declare as follows:

1.      I am over the age of eighteen (18) and am competent to testify as to the matters set forth herein. I make this declaration based on my own personal knowledge.

2.      On May 26, 2026, I visited 950 W. Bannock Street, Suite 1100, Boise, Idaho 83702 ("Regus Address"), which is the eleventh floor of the Banner Bank Building in downtown Boise. The entire eleventh floor is occupied by Regus, a corporate office rental agency with locations around the country. Attached hereto as **Exhibit A** is a true and correct copy of the Regus Boise Downtown location webpage, which was downloaded at my direction on May 26, 2026, from https://www.regus.com/en/us/848.

3.      PayServices Bank lists the Regus Address as its principal place of business. PayServices Bank has no office space at this location and no signage or other indication of any presence at the Regus Address. A number of other businesses appear to rent space on a long-term basis. Attached hereto as **Exhibit B** is a true and correct copy of a photograph that I took of the Suite 1100 directory, displayed in the corridor leading to the Regus reception desk. Absent from the directory is any reference to PayServices Bank.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on May 26, 2026.


_/s/ Jennifer M. Aiko_____
Jennifer M. Aiko

DECLARATION OF JENNIFER M. AIKO IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S MOTION TO DISMISS - 2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 26th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| John F. Kurtz | jfk@kurtzlawllc.com |
| Andy Parker | andy@parkersanchez.com |
| Miguel Andrew Sanchez-Ross | andres@parkersanchez.com |
| Tyler J. Anderson | tanderson@hawleytroxell.com |
| Kenneth Charles Shumard | kshumard@hawleytroxell.com |
| Alyson Anne Foster | alyson@dempseyfoster.com |
| Brian P. Maloney | maloney@sewkis.com |
| Malavika Rao | rao@sewkis.com |
| Philip M. Musolino | pmusolino@musolinoanddessel.com |
| Jacob Northrop Matt | jmatt@kmclaw.com |
| Jennifer Marie Reinhardt | jtessmer@kmclaw.com |
| Sylvia J. Rolinski | sjr@rolinski.com |
| J. Will Varin | willvarin@varinthomas.com |

/s/ Jennifer M. Aiko
Jennifer M. Aiko
OF HOLLAND & HART LLP

37950530_v1

DECLARATION OF JENNIFER M. AIKO IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S MOTION TO DISMISS - 3

Case 1:26-cv-00009-REP   Document 46-2   Filed 05/26/26   Page 4 of 15



## Flexible workplace solutions

# Banner Bank Building

Banner Bank Building at 950 Bannock Street in Boise offers premium offices and coworking spaces. Positioned near Boise Centre and City Hall, it's ideal for business visibility and client meetings. Enjoy proximity to Trader Joe's, Julia Davis Park, and the Boise Art Museum, enhancing work-life balance and productivity.

### Get a quote
Receive personalized pricing and workspace solutions aligned perfectly to your business requirements.

### Book a centre tour
Schedule a guided visit and experience our workspace facilities firsthand.

### Book a meeting room
Reserve fully equipped meeting rooms ideal for presentations, client meetings, or team collaborations.

### Book a day office
Secure a private office by the day—ideal for productive, focused work.

### Book a cowork day pass
Enjoy flexible, immediate access to shared workspaces on demand.

### Buy a virtual office
Establish a prestigious business address with professional mail and call-handling services.

### Buy an access plan
Unlock flexible, convenient access to Regus locations globally with a membership tailored to you.

### Download the app
Easily manage your workspace bookings and services anytime, anywhere with the Regus mobile app.

Home    Products    AI Assistant    Explore    Menu



⌂   **United States**   ·   **Idaho**   ·   **Boise**   ·   **Banner Bank Building**

# Your membership includes more than just workspace



## Widest product range

Our products are flexible, giving you the freedom to grow at your own pace without long-term commitments.



## Support team

Support staff to help you and your guests, from reception services to back-office functions such as IT.



## Community network

By joining Regus, you'll gain access to a vibrant business community including networking events.



## The Regus app

Manage everything with the Regus mobile app, from bookings to controlling agreements, and getting support.


Home


Products

Explore

**EXHIBIT A-2**

# Products and service at Banner Bank Building



## Individual private offices ↗

**Prices from $ 11**
Per person per day



## Small team offices ↗

**Prices from $ 11**
Per person per day



## Day coworking ↗

**Prices from $ 55**
Per day


Home    Products    Explore

**EXHIBIT A-3**



## Virtual office plans ↗

**Prices from $ 4**
Per day



## Meeting rooms ↗

**Prices from $ 39**
Per hour



## Medical offices ↗

**Please call us**



🏠
Home

🍃
Products

🔍
Explore

**EXHIBIT A-4**

## Large team offices ↗

**Prices from $ 11**
Per person per day



## Business address ↗

**Prices from $ 4**
Per day



## Day offices ↗

**Prices from $ 149**
Per day



## Hourly offices ↗

**Prices from $ 27**
Per person per hour

|  |  |  |
| --- | --- | --- |
| 🏠 Home | ◈ Products | 🔍 Explore |

Case 1:26-cv-00000-REP    Document 46-2    Filed 05/26/26    Page 9 of 15



## Beauty and wellness suites

**Please call us**



## Office access plan

**Prices from $ 18**
Per person per day

Load more products   +

# About Banner Bank Building

## What makes this location special

The Banner Bank Building in Boise offers prime commercial relevance, situated near Boise Centre, a key hub for business conventions and networking events. This strategic location ensures seamless connectivity to decision-makers and industry leaders. Close proximity to Boise City Hall enhances access to municipal government services, providing credibility and compliance benefits. The building's offices offer a professional environment ideal for attracting top talent, while coworking spaces foster collaboration and flexibility. The accessibility to St. Luke's Boise Medical Center and Boise Public Library supports operational efficiency, making the Banner Bank Building a cost-effective choice for businesses aiming to succeed in Boise's dynamic market.

## You're part of a much bigger network


Home


Products

Explore

**EXHIBIT A-6**

Case 1:26-cv-00009-REP   Document 46-2   Filed 05/26/26   Page 10 of 15

# Regus in Boise ↗

**Office space** • **Coworking** • **Virtual offices** • **Meeting rooms**

Boise's thriving commercial landscape, with hubs like Downtown Boise and the Boise Tech Park, offers businesses access to key industry clusters in technology and health care. Convenient connectivity via Boise Airport and Interstate 84 supports seamless interactions, making serviced offices and coworking spaces in Boise ideal for tapping into local talent and opportunities.



## Amenities available

Vending Machines

Showers

Business Lounge

Meeting Rooms

Suspended Ceilings

Major Transport Links

Home                    Products                    Explore

**EXHIBIT A-7**



+

View more

# Where to find us

### Address

950 Bannock Street Downtown, Suite 1100, Boise, ID, 83702, USA

### 24/7 Access

For private office and dedicated cowork customers

**Contact Us** ›

**Book A Tour**

# Nearby information



Home

Products

Explore

**EXHIBIT A-8**

## Prime Downtown Location

Located in the heart of Boise's vibrant Downtown Central Business District, our flexible office space places you at the center of the city's commercial and professional hub. This area is home to key government buildings like the Idaho State Capitol and Ada County Courthouse, as well as major corporate offices. With easy access to local amenities and a thriving business community, this location offers an ideal setting for productivity and collaboration.

## Convenient Transport Links

Getting to and from our workspace is seamless, thanks to excellent transport connections. Boise Airport, the region's main commercial hub, is a short drive away, making it easy for business travelers to access this dynamic city. Additionally, the area is well-served by local transit options, ensuring your team and clients can commute with ease. Whether arriving by air or ground, you'll find our location perfectly positioned for convenience.

## Access to Green Spaces

Enjoy a work-life balance with access to some of Boise's most beautiful outdoor spaces. The nearby Boise River Greenbelt offers a scenic retreat for walking or cycling, while Julia Davis Park provides a tranquil environment with cultural attractions such as the Boise Art Museum. These green spaces are perfect for refreshing midday breaks or hosting informal outdoor meetings. Your team will appreciate the opportunity to recharge in these serene surroundings.

## Cultural and Community Highlights

Immerse yourself in Boise's rich cultural and community offerings. Our shared workspace is close to iconic landmarks like the Egyptian Theatre and the Basque Block, celebrating the city's heritage. For dining, entertainment, and networking, the area boasts a variety of restaurants, cafes, and venues. Monthly events and a local business network add to the sense of community, offering ample opportunities to connect and collaborate with like-minded professionals.

| Contact Us  ⟩ |
| :---: |

| Book A Tour |
| :---: |

# Location image gallery

 

 

# Nearby locations



+ 1349 YD

**Regus 703 S
Americana Blvd** ↗

+ 2.4 MI

**Regus 1200 N Curtis
Rd** ↗

+ 3.3 MI

**Regus W Elder St** ↗

+ 4.1 M

**HQ W
Stree**

## The Regus difference

Joining Regus brings you the freedom, value and flexibility that every business needs:

- ⊘ A workspace for every budget
- ⊘ Pay only for the space that you use
- ⊘ Workspace when and where you need it
- ⊘ Space immediately available with no lead times
- ⊘ Simple, all-inclusive pricing with no capital expenditure required
- ⊘ Total flexibility in room options, sizes and setup

## Say hello to a new way of working.

Submit your details and we'll show you what makes Regus different.

✉ Email

🇺🇸 ▾    (+1) Phone number

By submitting this form you agree to our Privacy Policy

**Get Started** →

Home

Products

Explore

Case 1:26-cv-00009-REP    Document 46-2     Filed 05/26/26     Page 14 of 15

All prices quoted are valid at the time of inquiry. Prices are subject to change and vary depending on the products and services selected, and subject to availability. Terms and conditions apply.



⊕ Show locations

EXHIBIT A-11

Privacy Policy      Cookie Policy      Cookie Settings      Terms And Conditions      Legal

🌐 English (EN)

Copyright © 2026 Regus group company All rights reserved.

🏠 Home      Products      🔍 Explore



**EXHIBIT B**