Jennifer M. Aiko (ISB #9275)
HOLLAND & HART LLP
800 W. Main Street, Suite 1750
Boise, ID 83702-7714
Telephone: 208.342.5000
JMAiko@hollandhart.com

Peter Fox (Pro Hac Vice Pending)
Matthew Brown (Pro Hac Vice Pending)
SCOOLIDGE PETERS RUSSOTTI & FOX LLP
2 Park Avenue, 20th Floor
New York, NY 10016
Telephone: 212-729-7708
PFox@sprfllp.com
MBrown@sprfllp.com

Attorneys for Defendant Julie Mbuyi Shiku

**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF IDAHO**

| | |
|---|---|
| PayServices Bank, | |
| Plaintiff, | Case No. 1:26-cv-00009-REP |
| v. | **DECLARATION OF PETER FOX IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S MOTION TO DISMISS** |
| The Democratic Republic of Congo, et al., | |
| Defendants. | |

I, Peter Fox, hereby declare as follows:

1.      I am over the age of eighteen (18) and am competent to testify as to the matters set forth herein. I make this declaration based on my own personal knowledge.

2.      I am a partner at Scoolidge Peters Russotti & Fox LLP, attorneys for Julie Shiku ("Minister Shiku") in the above-captioned action (the "Action").

3.      On May 19, 2026, I navigated to the LinkedIn website and searched the website for "PayServices." The search results indicated that the plaintiff in the Action ("Plaintiff")

DECLARATION OF PETER FOX IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S
MOTION TO DISMISS - 1

maintains a LinkedIn profile, the "About" page of which (available at

https://www.linkedin.com/company/payservices-com/about/) identifies its headquarters as being

in Boca Raton, Florida. A true and correct screenshot of the relevant portions of this webpage are

attached hereto as **Exhibit A**.

4.      The "People" page of the Plaintiff's LinkedIn page (available at

https://www.linkedin.com/company/payservices-com/people/) indicates that seven (7) LinkedIn

members are associated with Plaintiff, but that none of them are located in Idaho. A true and

correct screenshot of the relevant portions of this webpage are attached hereto as **Exhibit B**.

5.      The "People" page further indicates that Lionel Danenberg and Ron Raitan are

associated with Plaintiff.

6.      The LinkedIn profiles for Messrs. Danenberg and Raitan describe them as

"Founder at PayServices.com" and "Co-Founder/COO at PayServices.com" respectively. True

and correct screenshots of the LinkedIn profile pages for Mr. Danenberg and Mr. Raitan are

attached hereto as **Exhibit C** and **Exhibit D** respectively.

7.      I caused my firm to engage Countrywide Investigations ("Countrywide"), a

licensed private investigative agency based in South Florida, to investigate the location of

residence of Messrs. Danenberg and Raitan. Countrywide conducted such investigation, and

reported to me that Mesrrs. Danenberg and Raitan both live in Boca Raton, and have lived in

South Florida for ten (10) and twenty-five (25) years respectively. Countrywide further reported

that neither Mr. Danenberg, nor Mr. Raitan has ever resided in Idaho. The Sworn Affidavit of

Jospeh Rodriguez, an affiliate of Countrywide, presenting the background, methods, and results

of this investigation is attached hereto as **Exhibit E**.

DECLARATION OF PETER FOX IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S
MOTION TO DISMISS - 2

Executed on May 26, 2026.
New York, NY

_____
Peter Fox

DECLARATION OF PETER FOX IN SUPPORT OF DEFENDANT JULIE MBUYI
SHIKU'S MOTION TO DISMISS - 3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the  26th day of May, 2026, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| John F. Kurtz | jfk@kurtzlawllc.com |
| Andy Parker | andy@parkersanchez.com |
| Miguel Andrew Sanchez-Ross | andres@parkersanchez.com |
| Jennifer Reinhardt-Tessmer | jtessmer@kmclaw.com |
| Jacob Matt | jmatt@kmclaw.com |
| Alyson Anne Foster | alyson@dempseyfoster.com |
| J. Will Varin | willvarin@varinthomas.com |
| Kenneth Charles Shumard | kshumard@hawleytroxell.com |
| Tyler J Anderson | tanderson@hawleytroxell.com |
| Sylvia J. Rolinski | sjr@rolinski.com |

/s/ Jennifer M. Aiko
Jennifer M. Aiko
OF HOLLAND & HART LLP

DECLARATION OF PETER FOX IN SUPPORT OF DEFENDANT JULIE MBUYI SHIKU'S MOTION TO DISMISS - 4

# EXHIBIT A



# PayServices.com

Creating a Global Trade System of Trust

Information Technology & Services · Boca Raton, Florida · 586 followers · 11-50 employees

**+ Follow**     **◁ Message**     **···**

Home    **About**    Posts    Jobs    People

---

# Overview

PayServices is a financial institution Creating a Global System of Trust. Modernizing Finances with Visibility and Transparency. Addressing an issue identified by the World Bank & the IMF.

End-to-End Traceability of Parties, Goods and Money. Simplifying Global Commerce & Trade Finance.

**Website**
https://www.PayServices.com

**Industry**
Information Technology & Services

**Company size**
11-50 employees
7 associated members ▮

**Headquarters**
Boca Raton, Florida

# EXHIBIT B



# PayServices.com

Creating a Global Trade System of Trust

Information Technology & Services · Boca Raton, Florida · 586 followers · 11-50 employees

**+ Follow**    **✈ Message**    **⋯**

Home    About    Posts    Jobs    **People**

## 7 associated members ⓘ



Search employees by title, keyword or school

| Where they live | + Add |
| --- | --- |
| 4 \| United States | |
| 2 \| Florida, United States | |
| 2 \| Miami-Fort Lauderdale Area | |
| 1 \| Hollywood, FL | |
| 1 \| Crawley | |

| Where they studied | + Add |
| --- | --- |
| 2 \| Brunel University of London | |
| 1 \| University of Hartford | |
| 1 \| EU Business School | |
| 1 \| University of Twente | |
| 1 \| Universidad del Zulia | |

# EXHIBIT C

## Lionel Danenberg · 2nd

Founder at PayServices.com

United States · **Contact info**

 PayServices.com

# EXHIBIT D



## Ron Raitan · 3rd

Co-Founder / COO at PayServices.com

Boca Raton, Florida, United States · **Contact info**



 PayServices.com

# EXHIBIT E

## SWORN AFFIDAVIT OF JOSEPH RODRIGUEZ

STATE OF FLORIDA
COUNTY OF MIAMI-DADE

BEFORE ME, the undersigned authority, personally appeared Joseph Rodriguez, who being first duly sworn, deposes and states as follows:

1. My name is Joseph Rodriguez. I am over the age of eighteen (18), competent to testify to the matters stated herein, and I make this Affidavit based upon my personal knowledge.
2. I am affiliated with Countywide Investigations, Inc., a licensed private investigative agency based in the State of Florida.
3. Countywide Investigations, Inc. was retained to conduct investigative research concerning the current and historical residential information of Lionel Jonathan Danenberg and Ron Roth Raitan.
4. During the course of the investigation, multiple investigative methods and databases were utilized to determine the subjects' current and historical residential information. These methods included, but were not limited to, comprehensive background database research, public records research, address history analysis, driver's license and motor vehicle-related inquiries, property-related records, and other investigative resources customarily relied upon in the private investigations industry.
5. Based upon the information obtained during the investigation, I determined that Lionel Jonathan Danenberg currently resides in Boca Raton, Florida. Investigative records reviewed reflected multiple residential and driver's license associations tied to Boca Raton, Florida and Palm Beach County, Florida dating back to at least 2015. The records reviewed indicate a consistent residential presence in South Florida for approximately ten (10) years.
6. Based upon the information obtained during the investigation, I also determined that Ron Roth Raitan currently resides in Boca Raton, Florida. Investigative records reviewed reflected multiple residential, property-related, and driver's license associations tied to Boca Raton, Florida and Palm Beach County, Florida dating back to at least 2010, with additional South Florida residential history dating back to approximately 1999. The records reviewed indicate a longstanding residential presence in South Florida for more than twenty-five (25) years.
7. During the course of the investigation, no information, records, or indicators were discovered suggesting that either Lionel Jonathan Danenberg or Ron Roth Raitan ever resided in the State of Idaho. The address histories, city histories, county histories, and driver's license records reviewed during the investigation did not reflect any residential association with the State of Idaho.
8. Due to privacy concerns and pursuant to applicable local rules, the specific residential addresses of the individuals referenced herein are intentionally omitted from this Affidavit.

FURTHER AFFIANT SAYETH NAUGHT.

Joseph Rodriguez,
Affiant

Signed and sworn to before me on this 26th day of _____May_____, 20 26, by an affiant who is personally known to me, or produced identification. FL DL #_____.

(SEAL)



ANDREA ISABEL LAINEZ
Notary Public - State of Florida
Commission # HH 735045
My Comm. Expires Oct 28, 2029
Bonded through National Notary Assn.

Notary Public

Andrea Lainez

Printed Name of Notary Public

Commission Expires: 10- 28-29