

     

Top Content     People     Learning     Jobs     Games     Get the app

# Banque Centrale du Congo's Post



**Banque Centrale du Congo**
31,867 followers
6mo · Edited

...

Le Gouverneur de la Banque Centrale du Congo, M. André Wameso, a reçu, le jeudi 20 novembre 2025, Mme Aminata Kane, Senior Vice-Présidente de Visa pour l'Afrique Centrale et de l'Ouest, qui a conduit une délégation, incluant son Directeur Général pour la RDC, Mme Sophie Kafuti, porteuse d'un message officiel.

Au nom de M. Oliver Jenkyn, Président de Visa, Mme Kane a remis au Gouverneur une lettre de remerciement faisant suite à leur rencontre en marge des Assemblées annuelles du FMI et de la Banque Mondiale tenues en octobre dernier, ainsi qu'un courrier confirmant la volonté de Visa de renforcer le partenariat stratégique avec la BCC.

Ce partenariat s'articule autour de trois axes majeurs :

1. La création du Centre d'Innovation Financière de la BCC (CIF-BCC) destiné à positionner la RDC comme hub technologique et réglementaire francophone dans les paiements numériques, les infrastructures financières de marché et les innovations FinTech.

2. L'appui à l'inclusion financière dans les universités et au sein de la fonction publique, afin d'accélérer la transition vers des paiements modernisés et sécurisés.

3. Le soutien aux investissements dans les FinTech congolaises, notamment celles développant des solutions digitales au service de l'inclusion financière.

Les deux parties ont convenu de mettre en place des équipes techniques conjointes en vue de finaliser une feuille de route opérationnelle dans les prochains jours.

6/13/26, 12:48 PM
Case 1:26-cv-00009-REP Document 48-3 Filed 06/16/26 Page 2 of 4
Le Gouverneur de la Banque Centrale du Congo, M. Amélé Wamesi, a reçu le jeudi 20 novembre 2025, Mme Aminata Kane, Sen...



 249 · 12 Comments

Like          Comment          Share

# CERTIFIED ENGLISH TRANSLATION

*(Translated from French)*

**Source document:**

LinkedIn post published by Banque Centrale du Congo (Central Bank of the Congo), official institutional account (31,867 followers).

**URL:** https://www.linkedin.com/posts/bccrdc_le-gouverneur-de-la-banque-centrale-du-congo-activity-7398438070188052481-FjPd

**Subject of post:** Reception by the Governor of the Central Bank of the Congo of a Visa delegation on November 20, 2025.

---

## Post by Banque Centrale du Congo

The Governor of the Central Bank of the Congo, Mr. André Wameso, received, on Thursday, November 20, 2025, Ms. Aminata Kane, Senior Vice President of Visa for Central and West Africa, who led a delegation including her Managing Director for the DRC, Ms. Sophie Kafuti, bearing an official message.

On behalf of Mr. Oliver Jenkyn, President of Visa, Ms. Kane delivered to the Governor a letter of thanks following their meeting on the sidelines of the annual meetings of the IMF and the World Bank held last October, as well as a letter confirming Visa's intention to strengthen the strategic partnership with the BCC.

This partnership is built around three major pillars:

**1.** The creation of the Financial Innovation Center of the BCC (CIF-BCC), intended to position the DRC as a Francophone technological and regulatory hub in digital payments, financial market infrastructures, and FinTech innovations.

**2.** Support for financial inclusion within universities and the civil service, in order to accelerate the transition toward modernized and secure payments.

**3.** Support for investment in Congolese FinTechs, in particular those developing digital solutions serving financial inclusion.

The two parties agreed to set up joint technical teams with a view to finalizing an operational roadmap in the coming days.

## Translator's Note on Accompanying Photographs

Two photographs accompany the post. The first shows Ms. Aminata Kane and Governor André Wameso holding a Visa-branded folder. The second shows a group photograph of the Visa delegation and BCC representatives standing in front of the flag of the Democratic Republic of the Congo. No translatable text appears in the photographs.

---

## CERTIFICATION OF TRANSLATION

I, Lionel Danenberg, hereby certify that I am fluent in both the French and English languages as a native speaker of both languages, and that I am fully competent to translate from French into English. I further certify that the foregoing English-language text is, to the best of my knowledge and ability, a complete, true, and accurate translation of the French-language LinkedIn post published by Banque Centrale du Congo identified above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signature: _____

**Name: Lionel Danenberg**

Date: June 13, 2026