C. Anderson Parker, Federal Bar No. 567726
andy@psd.law
Pro hac vice
Miguel Andrés Sánchez-Ross, Federal Bar No. 743446
andres@psd.law
Pro hac vice
PARKER SANCHEZ & DONNELLY PLLC
700 Louisiana St., Suite 4520
Houston, TX 77002
(713) 659-7200 (Telephone) | (713) 659-7203 (Facsimile)

John F. Kurtz, Jr., ISB No. 2396
jfk@kurtzlawllc.com
KURTZ LAW PLLC
910 W Main Street, Ste 364
Boise, ID 83702
(208) 287-8167 (Telephone) | (208) 287-8130 (Facsimile)

Attorneys for Plaintiff PayServices Bank

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAYSERVICES BANK, an Idaho corporation,<br><br>     Plaintiff,<br><br>v.<br><br>THE DEMOCRATIC REPUBLIC OF THE CONGO; THE MINISTRY OF STATE IN CHARGE OF THE PORTFOLIO OF THE DEMOCRATIC REPUBLIC OF THE CONGO; JULIE MBUYI SHIKU; DOUDOU ROUSSEL FWAMBA LIKUNDE; ANTHONY NKINZO KAMOLE; ANDRE WAMESO NKUALOLOKI; CELESTIN MUKEBA MUNTUABU; NORBERT EHOLO EONI; JEAN PIERRE DIKOMA KITENGIE; APHY BADAGA MUBAGWA; SANDRA TSHIBONGE MBIYE; and JEAN-LUC MUGOGWA KATSHELEWA,<br><br>     Defendants. | Civil Action No. 1:26-cv-00009-REP<br><br><br>**PLAINTIFF'S MOTION FOR LEAVE TO FILE MEMORANDA IN EXCESS OF PAGE LIMITS** |

**INTRODUCTION**

Plaintiff PayServices Bank respectfully moves this Court, under Dist. Idaho Loc. Civ. R. 7.1(a)(2), for leave to file five of its oppositions to the pending motions to dismiss in excess of the twenty-page limit that rule imposes on response memoranda. PayServices faces six separate motions to dismiss filed by seven defendants—the Democratic Republic of the Congo, the Ministry of State in Charge of the Portfolio, Julie Mbuyi Shiku, Doudou Roussel Fwamba Likunde, Anthony Nkinzo Kamole, Andre Wameso Nkualoloki, and Sandra Tshibonge Mbiye—each raising distinct legal theories tailored to that defendant's status and alleged conduct. The number and complexity of the motions present the unusual circumstances that Rule 7.1(a)(2) requires, and make it impractical to address five of them fully within the standard limit. PayServices' sixth opposition, responding to Ms. Tshibonge's motion (ECF No. 41), is within the twenty-page limit, and PayServices seeks no leave as to it.

PayServices does not seek additional pages for purposes of repetition or redundancy. Each opposition addresses a distinct set of defendants and distinct legal arguments, including, *inter alia*: (1) foreign sovereign immunity under the Foreign Sovereign Immunities Act, 28 U.S.C. §§ 1602–1611; (2) common-law foreign-official immunity governing the individual defendants sued in their personal capacities; (3) service of process on the foreign-state defendants under 28 U.S.C. § 1608 and on the individual defendants abroad under Federal Rule of Civil Procedure 4(f)(2)(C)(ii); (4) personal jurisdiction; (5) venue under 28 U.S.C. § 1391(f) as to the foreign-state defendants and § 1391(b) and (c)(3) as to the individual defendants; and (6) challenges under Rule 12(b)(6) governed by Idaho and federal common law. The briefing also necessarily addresses an altered version of a key agreement that PayServices contests as inauthentic, and contested questions of Congolese public-finance law raised by Defendants' litigation-prepared declarations.

**ARGUMENT**

**I.      UNUSUAL CIRCUMSTANCES JUSTIFY LEAVE TO EXCEED THE PAGE LIMIT.**

Under Dist. Idaho Loc. Civ. R. 7.1(a)(2), a memorandum in support of or in opposition to a motion may not exceed twenty pages "without express leave of the Court which will be granted only under unusual circumstances." This case presents those circumstances for two reasons.

First, the substantive complexity of the issues compels additional pages. The motions implicate the Foreign Sovereign Immunities Act—a comprehensive and intricate statutory scheme governing suits against foreign states—together with common-law foreign-official immunity, contested questions of foreign law under Federal Rule of Civil Procedure 44.1, disputed issues of service of process on a foreign state under 28 U.S.C. § 1608 and on individual defendants abroad under Rule 4(f)(2)(C)(ii), and the alteration of a key transaction document submitted by defendants.

Second, PayServices has made every effort to minimize length. Where an argument is fully developed in the opposition to the State Defendants' motion, the remaining oppositions cross-reference that filing rather than repeat the analysis. PayServices has not resorted to reduced fonts or compressed spacing to evade the limit—a practice Local Rule 7.1(a)(2) expressly forbids. Even with these efficiencies, each opposition, given its distinct factual and legal predicate, cannot be presented adequately within twenty pages.

## II.    PROPOSED PAGE LIMITS.

PayServices requests leave to file the following five oppositions in excess of the twenty-page limit. In each instance, the length stated is that of the substantive memorandum, exclusive of the caption, table of contents, table of authorities, and certificate of service:

1.  Opposition to the Democratic Republic of the Congo and the Ministry of State in Charge of the Portfolio's Motion to Dismiss (ECF No. 43): not to exceed 22 pages.

2.  Opposition to Julie Mbuyi Shiku's Motion to Dismiss (ECF No. 46): not to exceed 27 pages.

3.  Opposition to Andre Wameso Nkualoloki's Motion to Dismiss (ECF No. 42): not to exceed 23 pages.

4.  Opposition to Anthony Nkinzo Kamole's Motion to Dismiss (ECF No. 45): not to exceed 24 pages.

5.  Opposition to Doudou Roussel Fwamba Likunde's Motion to Dismiss (ECF No. 44): not to exceed 23 pages.

Each request reflects the brief's actual length and is no greater than necessary. PayServices' opposition to the remaining motion—that of Ms. Tshibonge (ECF No. 41)—is within the twenty-page limit, and no leave is sought as to it.

## CONCLUSION

For the foregoing reasons, PayServices Bank respectfully requests that the Court grant leave to file its oppositions to Defendants' motions to dismiss in excess of the twenty-page limit, in the amounts set forth above.

Dated this 16th day of June, 2026.

**Respectfully submitted,**

**PARKER SANCHEZ & DONNELLY PLLC**

By: */s/ C. Anderson Parker*
C. Anderson Parker (Pro hac vice)
Miguel Andrés Sánchez-Ross (Pro hac vice)

Attorneys for Plaintiff PayServices Bank