Jennifer Reinhardt-Tessmer (ISB #7432)
Jacob N. Matt (ISB #12482)
**KIRTON MCCONKIE**
1100 W. Idaho St., Ste. 930
Boise, ID 83702
(208) 370-3325
jtessmer@kmclaw.com
jmatt@kmclaw.com

Philip M. Musolino, *Pro Hac Vice*
D.C. Bar No. 294652
**MUSOLINO & DESSEL, PLLC**
1615 L Street, NW, Ste. 440
Washington, DC 20036
(202) 466-3883
pmusolino@musolinodessel.com

*Attorneys for The Democratic Republic of
the Congo and Ministry of State in Charge of
the Portfolio of the Democratic Republic of
the Congo*

Sylvia J. Rolinski, Esq., *Pro Hac Vice*
D.C. Federal Bar No. 430573
**ROLINSKI LAW GROUP, LLC**
14915 River Road
Potomac, MD 20854
(301) 987-0202 (Telephone)
(301) 263-7100 (Facsimile)
sjr@rolinski.com

J. Will Varin (ISB #6981)
**VARIN THOMAS LLC**
242 N. 8th Street, Suite 220
P.O. Box 1676
Boise, Idaho 83701
(208) 922-7060 (Telephone)
(866) 717-1758 (Facsimile)
willvarin@varinthomas.com

*Attorneys for Defendants Doudou Roussel
Fwamba Likunde and Anthony Nkinzo
Kamole*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| PAYSERVICES BANK, an Idaho corporation,<br><br>    Plaintiff,<br><br>v.<br><br>THE DEMOCRATIC REPUBLIC OF THE CONGO, *et al.*,<br><br>    Defendants. | Case No. 1:26-cv-00009-REP<br><br>MOTION OF THE DEMOCRATIC REPUBLIC OF THE CONGO AND MINISTRY OF STATE IN CHARGE OF THE PORTFOLIO OF THE DEMOCRATIC REPUBLIC OF THE CONGO AND DEFENDANTS DOUDOU ROUSSEL FWAMBA LIKUNDE AND ANTHONY NKINZO KAMOLE TO DISMISS THE COMPLAINT ON *FORUM NON CONVENIENS* GROUNDS |

TO THE HONORABLE COURT:

Defendants the Democratic Republic of the Congo, the Ministry of State in charge of the

Portfolio of the Democratic Republic of the Congo, Doudou Roussel Fwamba Likunde, and Anthony Nkinzo Kamole respectfully move the Court to dismiss the Complaint. This Motion is based upon the pleadings in this action, together with the contemporaneously filed Memorandum and its appendices.

DATED this 6th day of August, 2026.

**KIRTON MCCONKIE**

*/s/ Jennifer Reinhardt-Tessmer*
Jennifer Reinhardt-Tessmer

**MUSOLINO & DESSEL, PLLC**

/s/ *Philip M. Musolino*
Philip M. Musolino

*Attorneys for The Democratic Republic of the Congo and Ministry of State in Charge of the Portfolio of the Democratic Republic of the Congo*

**ROLINSKI LAW GROUP, LLC**

*/s/ Sylvia J. Rolinski*
Sylvia J. Rolinski

**VARIN THOMAS LLC**

/s/ *J. Willl Varin*
J. Will Varin

*Attorneys for Defendants Doudou Roussel Fwamba Likunde and Anthony Nkinzo Kamole*

2

### <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on this 6th day of August, 2026, I electronically filed the foregoing document through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

- **C. Anderson Parker**
  andy@parkersanchez.com
- **Miguel Andrès Sànches-Ross**
  andres@parkersanchez.com
- **John F. Kurtz, Jr.**
  jfk@kurtzlawllc.com
- **Alyson Foster**
  alyson@dempseyfoster.com
- **J. Will Varin**
  willvarin@varinthomas.com
- **Jennifer Aiko**
  jmaiko@hollandhart.com
- **Kenneth Charles Shumard**
  kshumard@hawleytroxell.com
- **Sylvia J. Rolinski**
  sjr@rolinski.com
- **Tyler J. Anderson**
  tanderson@hawleytroxell.com

and all counsel of record via CM/ECF Notice.

 */s/ Jennifer Reinhardt-Tessmer*
Jennifer Reinhardt-Tessmer