**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF IDAHO**

PAYSERVICES BANK,

Plaintiff,

vs.

THE DEMOCRATIC REPUBLIC OF THE CONGO, et al.,

Defendants.

Case No. 1:26-cv-00009-REP

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE SUR-REPLY**

Before the Court is Plaintiff PayServices Bank's Motion for Leave to File Sur-Reply or, in the Alternative, to Strike New Evidence Submitted with Reply (Dkt. 72). Having considered the motion and the record, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is GRANTED. Plaintiff's Sur-Reply in Opposition to Motion to Dismiss on Forum Non Conveniens Grounds, attached to the Motion as Exhibit A, is deemed filed as of the date of this Order. The Clerk is directed to file Exhibit A as a separate docket entry.

[ALTERNATIVE: IT IS HEREBY ORDERED that the Motion is GRANTED IN PART. Exhibits MX1 through MX4 to the Reply (Dkt. 71-1 through 71-4) are STRICKEN, and the Court will not consider the arguments in the Reply that depend on them.]

DATED: ____________________, 2026.

______________________________________
Honorable Raymond E. Patricco
Chief United States Magistrate Judge